IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **PEACHTREE PLACE CONDOMINIUM ASSOCIATION, INC.,** | ) ) ) ) | **CIVIL ACTION FILE NO.** |
| Plaintiff | ) | _____ |
| v. | ) ) | |
| **QBE INSURANCE CORPORATION,** | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

COMES NOW, QBE Insurance Corporation, Defendant in the above-styled action and petitions for removal of the action herein referred from the Superior Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, and respectfully shows this Court the following:

1.

Petitioner is a Defendant in a civil action brought against it in the Superior Court of Gwinnett County, Georgia and styled <u>Peachtree Place Condominium Association, Inc. v. QBE Insurance Corporation</u>, Civil Action No. 22-A-09170-6,

now pending in said court. A copy of the Summons and Complaint in that action are attached hereto, marked Exhibit "A", and made a part hereof. A copy of the Answer filed by Defendant in that action is attached hereto, marked Exhibit "B", and made a part hereof.

2.

Said action was commenced by service of process consisting of said Summons and Complaint upon Defendant QBE Insurance Corporation through its registered agent, on October 25, 2022. The Summons, Complaint, and Answer constitute all pleadings that have been filed in the Superior Court of Gwinnett County. This Petition is timely filed within thirty (30) days of such service.

3.

There is diversity of citizenship among the parties. This is a controversy between Plaintiff, a citizen and resident of Georgia and Defendant QBE Insurance Corporation, a Pennsylvania corporation. Defendant's principal place of business is located in the State of New York. Defendant is not a citizen of the State of Georgia wherein this action was brought.

4.

In its Complaint, Plaintiff alleges damages of $3,704.986.25, plus certain extra-contractual damages. (Complaint, ¶s 17, 32-40, and Exhibit C attached thereto). Therefore, as is set forth in the Complaint, the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs, and is a civil action brought in the Superior Court for which this United States District Court has original jurisdiction due to diversity of citizenship and the amount in controversy, under Section 1332 of Title 28 of the United States Code.

5.

Defendant has given written notice of the filing of the Notice of Removal to Plaintiff and to the Clerk of the Superior Court of Gwinnett County, Georgia. A copy of the Notice of Filing of Notice of Removal to Federal Court is attached hereto as Exhibit "C".

WHEREFORE, Defendant prays that this petition be filed, and that said action be removed to and proceed in this Court, and that no further proceedings be had in said case in the Superior Court of Gwinnett County, Georgia.

Served this 23rd day of November, 2022.

DREW, ECKL & FARNHAM, LLP

                                      */s/ H. Michael Bagley*
                                      H. Michael Bagley
                                      Georgia Bar No. 031425

                                      */s/ Mary Alice L. Jasperse*
                                      Mary Alice L. Jasperse
                                      Georgia Bar No. 971077

303 Peachtree Street NE
Suite 3500
Atlanta, GA 30309
Phone: (404) 885-1400
bagleym@deflaw.com
jaspersem@deflaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **NOTICE OF REMOVAL** by filing the same by using this Court's CM/ECF electronic filing system, which will automatically remit a copy to the following counsel of record:

The Huggins Law Firm, LLC
J. Remington Huggins, Esq.
Michael D. Turner, Esq.
Foster L. Peebles, Esq.
110 Norcross Street
Roswell, GA 30075
remington@lawhuggins.com
mdturner@lawhuggins.com
fpeebles@lawhuggins.com

This 23rd day of November, 2022.

                                                      DREW ECKL & FARNHAM, LLP

                                                      *H. Michael Bagley*
                                                      Georgia Bar No. 031425

303 Peachtree Street NE
Suite 3500
Atlanta, GA 30309
Phone: (404) 885-1400
bagleym@deflaw.com
jaspersem@deflaw.com