IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PEACHTREE PLACE ) <br> CONDOMINIUM ASSOCIATION, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> QBE INSURANCE CORPORATION, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE NO.: <br> <u>1:22-cv-04670-MLB</u> |

## <u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

COMES NOW Peachtree Place Condominium Association, Inc., Plaintiffs in the above-styled matter, and hereby dismiss Plaintiffs' claims with prejudice against Defendant QBE Insurance Corporation, with each party to bear his or her own costs and fees.

Respectfully submitted, this 11th day of June, 2024.

| DREW ECKL & FARNHAM, LLP | HUGGINS LAW FIRM, LLC |
|---|---|
| <u>/s/ H. Michael Bagley</u> <br> *(Signed by J. Remington Huggins* <br> *with express permission)* <br> H. Michael Bagley <br> Georgia Bar No. 031425 <br> Mary Alice L. Jasperse <br> Georgia Bar No. 971077 <br> ***Attorneys for Defendant*** | <u>/s/ J. Remington Huggins</u> <br> J. Remington Huggins, Esq. <br> Georgia Bar No.: 348736 <br> Michael D. Turner, Esq. <br> Georgia Bar No.: 216414 <br> Foster L. Peebles <br> Georgia Bar No. 410852 <br> ***Attorneys for Plaintiffs*** |

303 Peachtree Street NE  
Suite 300  
Atlanta, GA 30308  
(404) 885-1400  
bagleym@deflaw.com  
jaspersem@deflaw.com  

110 Norcross Street  
Roswell, Georgia 30075  
(770) 913-6229  

remington@lawhuggins.com  
mdturner@lawhuggins.com  
fpeebles@lawhuggins.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Voluntary Dismissal With Prejudice* with the Clerk of Court via CM/ECF, and will serve a true and correct copy of the same upon the following:

**Mary Alice L. Jasperse**
**H. Michael Bagley**
**Drew, Eckl & Farnham, LLP**
**303 Peachtree Street NE, Suite 3500**
**Atlanta, GA 30308**
jaspsersem@deflaw.com
bagleym@deflaw.com
*Attorneys for Defendant*

Respectfully submitted, this 11th day of June, 2024.

THE HUGGINS LAW FIRM, LLC

*/s/ J. Remington Huggins*

J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414

110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) remington@lawhuggins.com
(e) mdturner@lawhuggins.com

*Attorneys for the Plaintiff*

3